SEALED FILED

JAN 17 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERREL ALBERT KERN III, )<br>)<br>)<br>)<br>Defendant. ) | Criminal No. 07-100 08<br>VIO: Title 18, United States Code,<br>Sections 2251(b) and 2, 2422(b),<br>2252A(a)(1) and (b)(1), and<br>2252A(a)(5)(B) and (b)(2). |

THE GRAND JURY CHARGES:

### INDICTMENT

### COUNT ONE
(Production of Child Pornography)

In or about December, 2004, through in or about March, 2006, in the Central District of Illinois, and elsewhere,

**MERREL ALBERT KERN III,**

the defendant herein, did use a person under the age of eighteen to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce and said visual depictions having actually been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 2251(b) and 2.

## COUNT TWO
### (Enticement)

Beginning in or about June, 2004, through in or about December, 2005, in the Central District of Illinois, and elsewhere

**MERREL ALBERT KERN III,**

the defendant herein, did use a facility and means of interstate commerce, including internet communications, to knowingly persuade, induce, entice, and coerce, and to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could have been charged with a criminal offense, including the offenses of Aggravated Criminal Sexual Abuse in violation of Illinois Criminal Statute, Chapter 720, Sections 5/12-16(d).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### (Distribution of Child Pornography)

Beginning in or about November, 2005, through on or about August 18, 2006, in the Central District of Illinois, and elsewhere,

**MERREL ALBERT KERN III,**

the defendant herein, did knowingly transport and ship, and attempt to transport and ship, child pornography in interstate commerce, by means of computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT FOUR
### (Possession of Child Pornography)

From on or about December 15, 2005, through on or about September 26, 2006, in the

Central District of Illinois, and elsewhere,

## MERREL ALBERT KERN III,

the defendant herein, knowingly possessed, and knowingly attempted to possess, images and videos, including computer-generated images, images stored on computer storage devices and other digital storage media, said images constituting child pornography, in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct and said images had been shipped and transported in interstate and foreign commerce and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**A TRUE BILL**

/s/ Foreperson
**Foreperson**

s/Rodger Heaton
**RODGER A. HEATON**
UNITED STATES ATTORNEY

TAK/ms

3